IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER MONROY, | 1:13-cv-0594-DLB (PC) |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE (ECF No. 2) |
| vs. | |
| JEFFREY BEARD, et al, | ORDER TO SUBMIT CORRECT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| Defendants. / | |

Plaintiff is a California state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee and filed an incorrect application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application to proceed in forma pauperis is not the correct form used by the Court and will be denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.

**Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   April 26, 2013              /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE